THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK W. COSTANZA, Correct Name FRANK M. COSTANZA, Appellant. — Judgment of .the Court of Special Sessions of the City of New York, Borough of Queens, adjudging defendant to be a youthful offender suspending sentence, and placing him on probation, unanimously affirmed. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KURT MERTIG, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST ELMHURST, Appellant. — Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendants of the crime of violating subdivision 3 of section 2092 of the Penal Law, and order denying defendants' motion for a new trial, unanimously affirmed. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

IKE RICHLING, Appellant, v. ROCKWOOD & COMPANY, Respondent. — Action to recover damages for personal injuries suffered by plaintiff when he fell into an open and unguarded freight elevator shaft in defendant's building. At the close of plaintiff's case and again at the close of the entire case the court reserved decision on defendant's motion to dismiss the complaint, and submitted the case to the jury, which rendered a verdict in favor of plaintiff. The court, which also reserved decision on defendant's motion to set aside the verdict, subsequently set the verdict aside and granted the defendant's motion to dismiss the complaint, made at the close of plaintiff's case. Judgment dismissing the complaint unanimously affirmed, with costs. While the evidence presented a question of fact as to the plaintiff's contributory negligence, he was a mere licensee when he attempted to enter and use the elevator. Even considering plaintiff as an invitee or business visitor, defendant has failed in no duty owing to him as such. Appeal from order dismissed, without costs. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

LILLIAN B. TUCKER, Appellant, v. ROYAL INDUSTRIAL BANK et al., Respondents. — Action to recover damages because of an alleged fraudulent assignment of a chattel mortgage. Appeal by plaintiff from an order granting defendants' motion to set aside the verdict of a jury in favor of the plaintiff and granting a new trial on the ground that the verdict was against the weight of evidence. Order unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ.